ARDC NO: 6226845

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ANGELA WONSEY, | ) | FILED: APRIL 23, 2008 |
| | ) | 08CV2308    PH |
| Plaintiff, | ) | JUDGE MAROVICH |
| | ) | MAGISTRATE JUDGE BROWN |
| v. | ) NO: | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| by and through its authorized agent and employee, | ) | ***JURY DEMAND*** |
| | ) | |
| | ) | |
| Defendant. | ) | |

### *COMPLAINT AT LAW*

Plaintiff, ANGELA WONSEY, by and through her attorneys, COGAN & McNABOLA, P.C., complaining of the defendant, THE UNITED STATES OF AMERICA, by and through its authorized agent and employee, states as follows:

1. At all times relevant herein, the plaintiff, ANGELA WONSEY, lived in the City of Chicago, State of Illinois.

2. On November 17, 2006, ANGELA WONSEY, was a customer lawfully on the premises of the United States Post Office located at 5645 South Archer, City of Chicago, State of Illinois.

3. At all times relevant herein, the defendant, THE UNITED STATES OF AMERICA, by and through its authorized agents and employees, operated the United States Postal Service.

4. At all times relevant herein, the defendant, THE UNITED STATES OF AMERICA operated, managed and maintained the United States Post Office located at 5645 South Archer, City

of Chicago, State of Illinois.

5. This Court has jurisdiction over this action against THE UNITED STATES OF AMERICA pursuant to the Federal Torts Claim Act, 28 U.S.C. 2674 and 28 U.S.C.1346(b)(1).

6. Venue is proper in this Court pursuant to 28 U.S.C. 1391(a) since ANGELA WONSEY resides in this district and since this action arose in this district.

7. At all times relevant, the defendant, THE UNITED STATES OF AMERICA, by and through its authorized agents and employees, owed a duty of reasonable care to members of the public including the plaintiff, ANGELA WONSEY.

8. That on November 17, 2006, at approximately 4:40 p.m., the plaintiff, ANGELA WONSEY, was walking through the lobby door of the aforesaid United States Post Office when she slipped and fell on a door mat that was on the premises of the defendant, THE UNITED STATES OF AMERICA.

9. On November 17, 2006, the defendant, THE UNITED STATES OF AMERICA, by and through its authorized agent and employee, was negligent in one or more of the following ways:

   a. Negligently maintained the aforesaid United State Post Office;

   b. Negligently maintained the aforesaid door mat;

   c. Permitted a dangerous door mat to be present on the floor in an area where customers traversed;

   d. Failed to warn customers of the presence of the dangerous door mat;

   e. Failed to remove and/or replace the door mat when it knew or should have known that the door mat presented as a danger to its customers;

   f. Failed to exercise due care for the safety of the plaintiff, ANGELA WONSEY; and/or,

  g. Was otherwise careless or negligent.

10. As a proximate result of one or more of the following negligent acts or omissions of the defendant, THE UNITED STATES OF AMERICA, by and through its authorized agent and employee, the plaintiff, ANGELA WONSEY, suffered injuries of a pecuniary nature.

11. That on February 21, 2008, the United States Postal Service mailed notice to the plaintiff, ANGELA WONSEY, that her claim pursuant to the Federal Torts Claim Act was denied and therefore, this claim is timely filed in accordance with 28 U.S.C. § 2401(b) and 39 C.F.R. 912.9(a).

WHEREFORE, plaintiff, ANGELA WONSEY, demands judgment against the defendant, THE UNITED STATES OF AMERICA, by and through its authorized agent and employee, in an amount in excess of the jurisdictional amount of SEVENTY-FIVE THOUSAND ($75,000.00) AND 00/100 DOLLARS plus costs and whatever further relief this Court deems just.

THE PLAINTIFF DEMANDS TRIAL BY JURY.

               Respectfully submitted,

               _____
               **s/ Theodore C. Jennings**
               Theodore C. Jennings Bar Number: 6226845
               Attorney for Plaintiff
               Cogan & McNabola, P.C.
               55 W. Wacker Drive, 9th Floor
               Chicago, IL  60601
               Telephone: (312) 629-2900
               Fax:  (312) 629-2916
               E-mail: tjennings@cogan-mcnabola.com