IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

Angela Wosney

vs.  The United States Of America

Case Number   08 CV 2308

## AFFIDAVIT OF SERVICE

I, Mark Skrzydlak, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 25 day of April, 2008, at 03:15 PM at 219 S. Dearborn-Suite 500, Chicago, IL 60604, did serve the following document(s):

**Summons and Complaint**

Upon:   **United States Attorney Patrick Fitzgerald**

By:   ☑ Personally serving to:   Karen Crane-Reception

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 219 S. Dearborn-Suite 500, Chicago, IL 60604 on

| Description: | Sex | **Male** | Race | **White** | Approximate Age | **35** |
|---|---|---|---|---|---|---|
| | Height | **5'7** | Weight | **155** | Hair Color | **Black** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

Mark Skrzydlak
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL  60601
IL License #117-001101

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Angela Wosney

V.

The United States of America

CASE NUMBER: 08CV2308

ASSIGNED JUDGE: JUDGE MAROVICH

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE BROWN

TO: (Name and address of Defendant)

United States Attorney Patrick Fitzgerald
Illinois-Eastern Division of the Northern District Office
219 S. Dearborn - Suite 500
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cogan & McNabola, P.C., 55 W. Wacker Drive, 9th Floor, Chicago, Illinois, 60601

an answer to the complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

April 23, 2008
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Angela Wosney

V.

The United States of America

CASE NUMBER: 08CV2308

ASSIGNED JUDGE: JUDGE MAROVICH

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE BROWN

TO: (Name and address of Defendant)

United States Attorney Patrick Fitzgerald
Illinois-Eastern Division of the Northern District Office
219 S. Dearborn - Suite 500
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cogan & McNabola, P.C., 55 W. Wacker Drive, 9th Floor, Chicago, Illinois, 60601

an answer to the complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

April 23, 2008
Date