UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Angela Wosney, | ) |
| | ) |
| v | )   08 CV 2308 |
| | ) |
| The United States of America, | ) |

## AFFIDAVIT

I, Brandon Snesko, hereby sworn on oath state that I am over the age of 18 years and not a party in the above captioned matter and that on April, 25, 2008 at 3:50 pm, I served this Summons and Complaint upon **Attorney General Michael Mukasey, U.S. Department of Justice**, at 950 Pennsylvania Avenue, NW, Washington, DC 20530 by serving:

Name: Willo T. Lee

Title: General Clerk 2 & Authorized Agent

Description: Sex: Female, Race: Black, Age: 45

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct

Further the Affiant Sayeth Naught.

Process Server
Brandon Snesko

District of Columbia: SS
Subscribed and Sworn to before me,
this 28 day of April, 2008

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Angela Wosney

CASE NUMBER: 08CV2308

V.

ASSIGNED JUDGE: JUDGE MAROVICH

The United States of America

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE BROWN

TO: (Name and address of Defendant)

Attorney General Michael Mukasey
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cogan & McNabola, P.C., 55 W. Wacker Drive, 9th Floor, Chicago, Illinois, 60601

an answer to the complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_(signature)_ — April 23, 2008

(By) DEPUTY CLERK                                    Date