UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANGELA WONSEY | ) | |
| | ) | |
| Plaintiff, | ) | No.  08 C 2308 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | Judge Marovich |
| | ) | |
| Defendant. | ) | |

## ANSWER

Defendant United States of America, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, for its answer to the complaint states as follows:

### First Defense

Pursuant to 28 U.S.C. § 2675(b), Angela Wonsey is prohibited from claiming or recovering an amount against the Defendant in excess of that set forth in a claim presented to the United States Postal Service.

### Second Defense

Wonsey's alleged damages were caused in whole, or in part, by her own contributory or comparative negligence, thereby barring recovery altogether or in the alternative, mandating that any recovery be proportionately reduced.

### Third Defense

Pursuant to 28 U.S.C. § 2402, Wonsey is not entitled to a trial by jury.

### Fourth Defense

Any recovery of medical expenses should be offset to the extent the claimed expenses have been paid by the government in accordance with Wonsey's pre-existing FECA claim.

**Fifth Defense**

Answering the specific allegation of the complaint, the defendant United States admits,

denies, or otherwise avers as follows:

**Complaint**

1.      At all times relevant herein, the plaintiff, Angela Wonsey, lived in the City of
Chicago, State of Illinois.

**Response:** Admit.

2.      On November 17, 2006, Angela Wonsey, was a customer lawfully on the premises
of the United States Post Office located at 5645 South Archer, city of Chicago, State of Illinois.

**Response:** Admit.

3.      At all times relevant herein, the defendant, The United States of America, by and
through its authorized agents and employees, operated the United States Postal Service.

**Response:**  Defendant admits that the Post Office aforesaid was operated by the United

States Postal Service, an independent establishment of the executive branch of the federal

government, 39 U.S.C. § 201.  Defendant denies all other allegations.

4.      At all times relevant herein, the defendant, the United States of America, operated,
managed and maintained the United States Post Office located at 5645 South Archer, City of
Chicago, State of Illinois.

**Response:**  Defendant admits that the Post Office was operated by the United States Postal

Service, an independent establishment of the executive branch of the federal government, 39 U.S.C.

§ 201.  Defendant denies all other allegations.

5.      This Court has jurisdiction over this action against the United States of America pursuant to the Federal Torts Claim Act, 28 U.S.C. § 2674 and 28 U.S.C. § 1346(b)(1).

**Response:** Admit.

6.      Venue is proper in this Court pursuant to 28 U.S.C. 1391(a) since Angela Wonsey resides in this district and since the action arose in this district.

**Response:** Defendant admits venue is proper in this District. Defendant denies all other

allegations.

7.      At all times relevant, the defendant, The United States of America, by and through its authorized agents and employees, owed a duty of reasonable care to members of the public including the plaintiff, Angela Wonsey.

**Response:** Defendant admits that businesses within Illinois owe customers a duty of

reasonable care. Defendant denies all other allegations.

8.      That on November 17, 2006, at approximately 4:40 p.m., the plaintiff, Angela Wonsey, was walking through the lobby door of the aforesaid United States Post Office when she slipped and fell on a door mat that was on the premises of the defendant, The United States of America.

**Response:** Defendant admits that Wonsey was present on the Post Office premises on

November 17, 2006, and that she walked through the lobby door. Defendant denies all remaining

allegations.

9.      On November 17, 2006, the defendant, the United States of America, by and through its authorized agent and employee, was negligent in one or more of the following ways:

a.      Negligently maintained the aforesaid United States Post Office;

b.      Negligently maintained the aforesaid door mat;

c.      Permitted a dangerous door mat to be present on the floor in an area where customers traversed;

d.      Failed to warn customers of the presence of the dangerous door mat;

e.      Failed to remove and/or replace the door mat when it knew or should have known that the door mat presented as a danger to its customers;

f.      Failed to exercise due care for the safety of the plaintiff, Angela Wonsey; and/or,

g.      Was otherwise careless or negligent.

**Response:** Deny.


10.      As a proximate result of one or more of the following negligent acts or omissions of the defendant, The United States of America, by and through its authorized agent and employee, the plaintiff, Angela Wonsey, suffered injuries of a pecuniary nature.

**Response:** Deny.


11.      That on February 21, 2008, the United States Postal Service mailed notice to the plaintiff, Angela Wonsey, that her claim pursuant to the Federal Torts Claim Act was denied and therefore, this claim is timely filed in accordance with 28 U.S.C. § 2401(b) and 39 C.F.R. § 912.9(a).

**Response:**  Admit.


WHEREFORE, defendant, having fully answered, hereby prays that this court dismiss

plaintiff's complaint with prejudice, enter judgment in favor of the United States and against plaintiff

with costs and with such further relief as may be appropriate.

                              Respectfully submitted,

                              PATRICK J. FITZGERALD
                              United States Attorney

                              By: s/ Amanda A. Berndt
                                  AMANDA A. BERNDT
                                  Assistant United States Attorney
                                  219 South Dearborn Street
                                  Chicago, Illinois  60604
                                  (312) 353-1413
                                  amanda.berndt@usdoj.gov