UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANGELA WONSEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.  08 C 2308 |
| v. | ) | |
| | ) | Judge Marovich |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to this court's standing order regarding joint status reports, the parties hereby submit the following initial status report.

**A.     Status Hearing**

July 8, 2008 at 11:00am

**B.     Attorneys of Record**

Theodore C. Jennings, Esq.                  Amanda Berndt, Esq.
Cogan & McNabola, P.c.                       Assistant United States Attorney
55 W. Wacker Drive, 9th Floor              219 South Dearborn Street, 5th Floor
Chicago, IL 60601                                Chicago, Illinois 60604
*Attorney for Plaintiff*                          *Attorney for Defendant*

**C.     Jurisdiction**

Federal Jurisdiction is invoked under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671, *et seq.*

**D.     Jury Demand**

The complaint includes a jury demand.  An action brought under the FTCA, however, must be tried by the court without a jury.  24 U.S.C. § 2402.

**E.      Nature of the Case**

On November 17, 2006, Ms. Wonsey was a customer lawfully on the premises of the United States Post Office located at 5645 South Archer. As Ms. Wonsey was walking through the lobby door of the United States Post Office, she slipped and fell on a door mat that was on the premises of the defendant.

*Factual and legal issues in agreement*:

Unknown at this time

*Factual and legal issues in dispute*:

How the accident and occurred and the nature and extent of Ms. Wonsey's injuries.

**F.      Nature of Relief Sought**

Plaintiff seeks money damages in connection with her injuries**.**

**G.      Unserved Parties**

All parties have been served.

**H.      Anticipated Motions**

Unknown at this time.

**I.       Proposed discovery plan:**

The case will require standard written discovery, discovery of medical records and treating physician deposition, fact witness depositions, expert reports and depositions.  The following is the proposed discovery schedule:

a.      All fact discovery to close on January 7, 2009.

b.      Plaintiff will serve any expert reports on or before February 7, 2009;

c.      Defendant will serve any expert reports on or before April 1, 2009;

      d.      Plaintiff will produce any experts for deposition on or before March 1, 2009;

      e.      Defendant will produce any experts for deposition on or before May 1, 2009.

      f.      All dispositive motions, if any, will be filed on or before May 31, 2009.

      g.      Final pre-trial order will be filed on or before June 15, 2009.

**J.      Trial Status:**

The probable length of the trial will be two trial days.  The parties expect the case will be

ready for trial after June 15, 2009.

**K.      Consent to Proceed Before a Magistrate Judge**

The parties do not consent to proceed before a Magistrate Judge.

**L.      Settlement Discussions**

The parties have not conducted any settlement discussions to date.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| PATRICK J. FITZGERALD<br>United States Attorney | _____<br>**s/ Theodore C. Jennings**<br>Theodore C. Jennings Bar Number: 6226845 |
| By:  s/Amanda A. Berndt<br>    AMANDA A. BERNDT<br>    Assistant United States Attorney<br>    219 South Dearborn Street<br>    Chicago, Illinois 60604<br>    (312) 353-1413<br>    amanda.berndt@usdoj.gov | Attorney for Plaintiff<br>Cogan & McNabola, P.C.<br>55 W. Wacker Drive, 9th Floor<br>Chicago, IL  60601<br>Telephone: (312) 629-2900<br>Fax:  (312) 629-2916<br>tjennings@cogan-mcnabola.com |