UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANGELA WONSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 2308 |
| v. | ) | |
| | ) | Judge Marovich |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED MOTION FOR PRIVACY ACT DISCLOSURE ORDER

Defendant United States, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, pursuant to Federal Rule of Civil Procedure 26(c) and the Privacy Act of 1974, 5 U.S.C. § 552a, seeks entry of the attached agreed disclosure order and in support of that motion states as follows:

1. This is a civil action in which plaintiff alleges that the United States negligently maintained a doormat on the premises of United States Post Office, causing the plaintiff, an off-duty postal service employee, to slip and fall on the premises.

2. The United States is bound by the terms of the Privacy Act of 1974, 5 U.S.C. § 552a(b), and is prohibited from disclosing protected information under the Privacy Act, as it relates to current or former employees of an agency absent an appropriate court order. 5 U.S.C. § 552a(b)(11).

3. Pursuant to its discovery obligations, the United States has agreed to supply Wonsey with copies of her Injury Compensation File, as well as various personnel records related to the claims at issue in this lawsuit, which contain certain information otherwise protected from disclosure under the Privacy Act.

4.  The Agreed Privacy Act Disclosure Order, which has been submitted electronically pursuant to this court's standing order, authorizes disclosure of information otherwise protected by the Privacy Act that is contained within the documents identified above.

5.  Entry of the agreed disclosure order is necessary for the United States to meet its obligations under the Privacy Act of 1974, 5 U.S.C. § 552a.

6.  Wonsey's counsel has stated that he is in agreement with this motion and the proposed disclosure order.

WHEREFORE, the United States requests that this court enter the proposed disclosure order.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Amanda A. Berndt
    AMANDA A. BERNDT
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-1413
    amanda.berndt@usdoj.gov