UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANGELA WONSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.  08 C 2308 |
| v. | ) | |
| | ) | Judge Marovich |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF AGREED MOTION**

To:   Ted Jennings
Cogan & McNabola, P.C.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601

**PLEASE TAKE NOTICE** that on **Tuesday, July 29, 2008 at 10:30a.m.** or as soon thereafter as counsel may be heard, the undersigned will appear before Judge Marovich in Room 1944, in the Everett Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or

before such other judge who may be sitting in his stead, and then and there present the parties'

**AGREED MOTION FOR PRIVACY ACT DISCLOSURE ORDER,** at which time and place

you may appear, if you see fit.

                                              Respectfully submitted,

                                              PATRICK J. FITZGERALD
                                              United States Attorney

                                              By: s/ Amanda A. Berndt
                                                  AMANDA A. BERNDT
                                                  Assistant United States Attorney
                                                  219 South Dearborn Street
                                                  Chicago, Illinois 60604
                                                  (312) 353-1413
                                                  amanda.berndt@usdoj.gov

## CERTIFICATE OF SERVICE

  The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**NOTICE OF AGREED MOTION**

was served pursuant to the district court's ECF system as to ECF filers.

                s/ Amanda A. Berndt
                AMANDA A. BERNDT
                Assistant United States Attorney
                219 South Dearborn Street
                Chicago, Illinois
                (312) 353-1413
                amanda.berndt@usdoj.gov