Order Form (01/2005)



## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George M. Marovich | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2308 | **DATE** | 7/22/2008 |
| **CASE TITLE** | Angela Wonsey vs. United States of America | | |

**DOCKET ENTRY TEXT**

Motion hearing set for 7/29/2008 is stricken. Defendant's agreed motion for privacy act discosure order [13] is granted. Enter Agreed Privacy Act Disclosure Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|