UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANGELA WONSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 2308 |
| v. ) | |
| ) | Judge Marovich |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

### AGREED PRIVACY ACT DISCLOSURE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and the Privacy Act of 1974 ("Privacy Act"), 5 U.S.C. § 552a, and by the agreement of the parties, it is Ordered as follows:

1. The United States may produce to Wonsey certain material during the course of discovery in this lawsuit which is otherwise protected from disclosure by the Privacy Act.

2. Wonsey and her counsel shall hold the protected materials in strict confidentiality and are prohibited from publicly disclosing this information in any form, written or oral, except solely for purposes of the litigation of this civil action.

3. Wonsey and her counsel shall limit the making of copies of the protected information to those necessary to their activities in this action.

4. All protected materials may be disclosed by Wonsey and her counsel only to the parties, to counsel and persons in counsel's employ, and to witnesses in connection with their anticipated trial testimony in this action, including any experts retained for the purposes of this litigation.

5. All parties may refer to and include such protected material in court filings.

6. Wonsey and her counsel shall not disclose the protected materials to any unauthorized person without further order of this court or written stipulation by the parties.

7. Any and all documents produced by the United States containing protected information and all copies thereof shall be destroyed within 60 calendar days of the conclusion of this action, including all appeals. Wonsey or her counsel shall certify to the destruction of such information.

8. Wonsey and her counsel shall be held individually responsible for any intentional or willful releases of the protected material which the United States provides to them in the course of this action. Each shall not, however, be responsible for such disclosures on the part of the other.

9. Wonsey's counsel shall inform Wonsey, and all persons authorized to view protected materials under the terms of this order, of the existence of this disclosure order and its terms, and shall provide a copy of this order to those individuals. Wonsey's counsel shall have those persons, including Wonsey, certify that they have read and will comply with the terms of this disclosure order and the Privacy Act.

10. This disclosure order is without prejudice to the rights of any party to make an objection to discovery permitted by the Federal Rules of Civil Procedure or any statute or other authority, other than the Privacy Act.

**AGREED:**

Attorney for Plaintiff:

s/ Ted Jennings
Ted Jennings
Cogan & McNabola, P.C.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
(312) 629-2900
tjennings@cogan-mcnabola.com

PATRICK J. FITZGERALD
United States Attorney

By: s/ Amanda A. Berndt
AMANDA A. BERNDT
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1413
amanda.berndt@usdoj.gov

**ENTER:**

Dated: 7/22/08

United States District Judge